1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8   Email:  Michele.Swanson@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14
   **DANIEL MOORING,**                    C 07-5013 SI (pr)
15
                        Petitioner,       **APPLICATION FOR**
16                                        **EXTENSION OF TIME TO**
        v.                                **FILE RESPONSE TO**
17                                        **PETITION FOR WRIT OF**
   **J. WALKER, Warden,**                 **HABEAS CORPUS**
18
                        Respondent.
19

20

21         Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-

22  day extension of time, until March 25, 2008, in which to file a response to the petition for writ of

23  habeas corpus.  Good cause for the extension is set forth in the accompanying declaration of

24  counsel.  We have not attempted to contact petitioner about this extension of time because he is

25  an incarcerated state prisoner who is representing himself.

26         WHEREFORE, respondent respectfully requests that this Court grant an extension of

27  time to and including March 25, 2008, in which to file an answer or other responsive pleading.

28  ///

1  Dated: January 25, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
Attorney General of the State of California

4  DANE R. GILLETTE
Chief Assistant Attorney General

5

6  GERALD A. ENGLER
Senior Assistant Attorney General

7  PEGGY S. RUFFRA
Supervising Deputy Attorney General

8

/s/ Michele J. Swanson
9  MICHELE J. SWANSON
Deputy Attorney General
10  Attorneys for Respondent

11

12  40210457.wpd
SF2007403156

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Applic. for Ext. of Time to File Response to Pet. for Writ of Hab. Corpus    Mooring v. Walker
C 07-5013 SI (pr)

2