1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5703
     Fax:  (415) 703-1234
8    Email:  Michele.Swanson@doj.ca.gov

9  Attorneys for Respondent

11            IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL MOORING,** | C 07-5013 SI (pr) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **J. WALKER, Warden,** | |
| Respondent. | |

21       I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

22       I am a Deputy Attorney General for the State of California and am assigned to

represent respondent in this case.  Respondent's answer or other responsive pleading is due

January 25, 2008, pursuant to this Court's November 14, 2007 order to show cause.  I am unable

to meet this deadline, and request an extension of time to file a response to the petition for the

following reasons.

       I was not the attorney who handled this case on direct appeal.  Since having this case

assigned to me, I have been working on cases with chronological precedence, and in the past 30

1  days I have filed motions to dismiss in *McCarthy v. Clay* (C 07-3933 PJH (PR)), *Kahute v.*
2  *Contra Costa Superior Court* (C 07-0142 RMW (PR)), *Lopez v. Lamarque* (C 04-01877 JW
3  (PR)), and *Pacheco v. Horel* ( 06-06540 JW (PR)), and a reply in *Givens v. Warden* (C 07-1448
4  MJJ (PR)).  I have also recently completed an answer in *Walker v. Scribner* (C 07-4199 MJJ
5  (PR)), and a motion to dismiss in *Belgarde v. Veal* (C 07-0528 WHA (PR)).  The orders to show
6  cause in all of the above cases were issued before the order to show cause in this case.  For these
7  reasons, I need additional time to complete the response in this case.
8        I have not attempted to contact petitioner about this extension of time because he is an
9  incarcerated state prisoner who is representing himself.
10       Accordingly, I request that the Court grant respondent an extension of 60 days, to and
11 including March 25, 2008, in which to file a response to the petition.
12       I declare under penalty of perjury that the foregoing is true and correct.
13       Executed at San Francisco, California, on January 25, 2008.

                                             /s/ Michele J. Swanson
                                             MICHELE J. SWANSON
                                             Deputy Attorney General