IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL MOORING,**<br><br>                               Petitioner,<br><br>    v.<br><br>**J. WALKER, Warden,**<br><br>                               Respondent. | C 07-5013 SI (pr)<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **March 25, 2008**, an answer or other responsive pleading to the petition for writ of habeas corpus.  If respondent files an answer and petitioner wishes to respond, he shall do so by filing a traverse with the Court and serving it on respondent within 30 days of his receipt of the answer.  If respondent files a motion to dismiss and petitioner wishes to respond, he shall do so by filing an opposition or statement of non-opposition with the Court and serving it on respondent within 30 days of his receipt of the motion.  If respondent wishes to reply to the opposition, he shall do so by filing a reply with the Court and serving it on petitioner within 15 days of his receipt of the opposition.

IT IS SO ORDERED.

Dated: _____        _____
                                                                                The Honorable Susan Illston