Daniel Moore V32456
C-5-126
CSP-Sacramento
PO Box 29-0066
Represa, Ca 95671

1-28-08

RECEIVED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 0 6 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

07-5013 SI

Honorable Judge Susan Illston,

This inquiry is to ask does the A.G have an time extension, if so, when is his due date? And does his time extension push back my February 29, 08 back 30 days from his due day.

D. Moore
V32456
1-28-08