Daniel Mooring V32056
C5-126
CSP-Sacramento
P O Box 290066
Represa, Ca 95671

Legal
Mail

Office Of The Clerk
U.S District Coert
Northern District
of
California
450 Golden Gate Avenue
S.F Ca 94102

Legal
Mail