EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5703
 Fax:  (415) 703-1234
 Email:  Michele.Swanson@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL MOORING,**<br><br>               Petitioner,<br><br>     v.<br><br>**J. WALKER, Warden,**<br><br>               Respondent. | C 07-5013 SI (pr)<br><br>**APPLICATION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES** |

   Pursuant to Civil L.R. 7-10(b), respondent hereby requests leave to file a brief in excess of 25 pages.  Good cause for filing the oversized brief is set forth in the accompanying declaration of counsel.

///

///

///

///

///

1 | Dated: March 13, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

8 |

9 | /s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

10 |

11 |

12 | 40228724.wpd

13 | SF2007403156

Applic. for Leave to File Brief in Excess of 25 Pgs.                              Mooring v. Walker
C 07-5013 SI (pr)

2