EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5703
 Fax:  (415) 703-1234
 Email:  Michele.Swanson@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL MOORING,**<br><br>                              Petitioner,<br><br>       v.<br><br>**J. WALKER, Warden,**<br><br>                              Respondent. | C 07-5013 SI (pr)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES** |

I, MICHELE J. SWANSON, declare under penalty of perjury:

I am a Deputy Attorney General for the State of California.  I prepared the Memorandum of Points and Authorities in Support of the Answer to the Petition for Writ of Habeas Corpus.

Petitioner filed a 24-page Petition for Writ of Habeas Corpus.  The Court found all seven of the claims raised in the petition cognizable.

I responded to each of petitioner's claims as succinctly as possible in our brief. Several claims required a detailed discussion of the state court proceedings in order to analyze

1  the legal issues in factual context.  Also, because petitioner did not specifically address the
2  impact of the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA) in his petition, it
3  was necessary to set forth the applicable standard of review both generally and as it applied to
4  the specific claims.

5        The state has an obligation to present this Court with all relevant arguments in order to
6  ensure that the final decision does justice to all parties.  In order to meet that obligation, I
7  respectfully request leave to file a brief in excess of 25 pages.

8        I declare under penalty of perjury that the foregoing is true and correct.
9        Executed at San Francisco, California, on March 13, 2008.

11        /s/ Michele J. Swanson
      MICHELE J. SWANSON
12        Deputy Attorney General

13  40228729.wpd
  SF2007403156

Decl. of Counsel in Support of Applic. for Leave to File Brief in Excess of 25 Pgs.    Mooring v. Walker
    C 07-5013 SI (pr)

2