IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL MOORING,** | C 07-5013 SI (pr) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **J. WALKER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent's request for leave to file a brief in excess of 25 pages is granted.

Dated: _____    _____
The Honorable Susan Illston