# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Mooring v. Walker**

No.:   **C 07-5013 SI (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>March 13, 2008</u>, I served the attached **APPLICATION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES; DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES; PROPOSED ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Daniel Mooring
V-32956
CSP-Sacramento
P.O. Box 290066
Represa, CA  95671

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 13, 2008, at San Francisco, California.

|  D. Desuyo  |  /s/    D. Desuyo  |
|:---:|:---:|
| Declarant | Signature |

40228206.wpd