EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5703
  Fax:  (415) 703-1234
  Email:  Michele.Swanson@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL MOORING,**<br>                Petitioner,<br>   v.<br>**J. WALKER, Warden,**<br>                Respondent. | C 07-5013 SI (pr) |
| **TREMAYNE J. COLLIER,**<br>                Petitioner,<br>   v.<br>**ANTHONY HEDGPETH, Warden,**<br>                Respondent. | C 07-5964 CW (pr)<br><br>**NOTICE OF RELATED CASE** |

     This is to give notice that the habeas corpus action in *Mooring v. Walker*, No. C 07-5013 SI (pr), is related to another pending habeas corpus action, *Collier v. Hedgpeth*, No. C 07-5964 CW (pr), within the meaning of Civil Local Rule 3-12.

     Mooring and Collier were co-defendants tried separately for murder and robbery in

1  San Francisco County Superior Court Case No. 182125.

2      Both petitioners have alleged on habeas corpus that the introduction of other crimes
3  evidence violated their due process rights, that the prosecutor's late disclosure of a police report
4  violated *Brady v. Maryland*, 373 U.S. 83 (1963), and that the introduction of a photograph of the
5  victim while alive violated their due process rights. Each petitioner also raises other claims on
6  habeas corpus.

7      Because both actions involve the same incidents and some of the same legal claims,
8  assignment to a single judge is likely to conserve judicial resources and promote an efficient
9  determination of the actions.

10      Dated: March 13, 2008

11      Respectfully submitted,

12  EDMUND G. BROWN JR.
    Attorney General of the State of California

13  DANE R. GILLETTE
    Chief Assistant Attorney General

14  GERALD A. ENGLER
15      Senior Assistant Attorney General

    PEGGY S. RUFFRA
16      Supervising Deputy Attorney General

17

18      /s/ Michele J. Swanson
    MICHELE J. SWANSON
19      Deputy Attorney General
    Attorneys for Respondent

20

21
   40227911.wpd
22  SF2007403156

23

24

25

26

27

28

Notice of Related Case         Mooring v. Walker
        Case No. C 07-5013 SI (pr)