EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5703
 Fax:  (415) 703-1234
 Email:  Michele.Swanson@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL MOORING,**<br><br>                                    Petitioner,<br><br>        v.<br><br>**J. WALKER, Warden,**<br><br>                                    Respondent. | C 07-5013 SI (pr) |
| **TREMAYNE J. COLLIER,**<br><br>                                    Petitioner,<br><br>        v.<br><br>**ANTHONY HEDGPETH, Warden,**<br><br>                                    Respondent. | C 07-5964 CW (pr)<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Civil Local Rule 3-12, respondent requests that the Court consider whether the habeas corpus action in *Mooring v. Walker*, No. C 07-5013 SI (pr), filed on September 27, 2007, is related to another pending habeas corpus action, *Collier v. Hedgpeth*, No. C 07-5964 CW (pr), filed on November 27, 2007.

1 | Mooring and Collier were co-defendants tried separately for murder and robbery in San Francisco County Superior Court Case No. 182125.

Both petitioners have alleged on habeas corpus that the introduction of other crimes evidence violated their due process rights, that the prosecutor's late disclosure of a police report violated *Brady v. Maryland*, 373 U.S. 83 (1963), and that the introduction of a photograph of the victim while alive violated their due process rights. Each petitioner also raises other claims on habeas corpus.

Because both actions involve the same incidents and some of the same legal claims, assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of the actions. Respondent therefore respectfully requests that the two actions be related.

Dated:  March 20, 2008

        Respectfully submitted,

        EDMUND G. BROWN JR.
        Attorney General of the State of California

        DANE R. GILLETTE
        Chief Assistant Attorney General

        GERALD A. ENGLER
        Senior Assistant Attorney General

        PEGGY S. RUFFRA
        Supervising Deputy Attorney General

        /s/ Michele J. Swanson
        MICHELE J. SWANSON
        Deputy Attorney General
        Attorneys for Respondent

40231420.wpd
SF2007403156

Admin. Motion to Consider Whether Cases Should be Related     Mooring v. Walker
Case No. C 07-5013 SI (pr)

2