EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5703
 Fax:  (415) 703-1234
 Email:  Michele.Swanson@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL MOORING,** | C 07-5013 SI (pr) |
| Petitioner, | **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **J. WALKER, Warden,** | |
| Respondent. | |

Respondent provides this answer to the order to show cause why the petition for writ of habeas corpus should not be granted:

**I.**

**CUSTODY**

Petitioner is lawfully in the custody of J. Walker, Warden of California State Prison-Sacramento, as a result of a judgment of conviction in San Francisco County Superior Court, case number 182125-1. A jury found petitioner guilty of first degree murder with a robbery special circumstance, two counts of second degree robbery, assault with a deadly weapon, and possession

1  of a firearm by a felon. The trial court sentenced petitioner to life without the possibility of parole
2  on the murder count, five-year upper terms for each of the two robbery counts, a four-year upper
3  term on the assault count, and an eight-month middle term on the possession count. The sentence
4  on one of the robbery counts and the assault count were stayed.

## II.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state appellate court rulings were based on an unreasonable determination of fact or were contrary to or involved an unreasonable application of clearly established United States Supreme Court precedent. Respondent specifically denies that: (1) the admission of evidence of petitioner's involvement in a subsequent robbery and his statement to the police afterward violated petitioner's right to due process; (2) the inadvertent admission of hearsay that was immediately stricken from the record violated petitioner's right to confrontation; (3) the prosecutor's failure to disclose a police report summarizing an audiotaped interview with one of the prosecution witnesses violated *Brady v. Maryland*, 373 U.S. 83 (1963); (4) the failure to require jury unanimity on an underlying theory of guilt violated petitioner's rights under the Sixth or Fourteenth Amendment; (5) the admission of a photograph of the victim while alive violated petitioner's right to due process; (6) the upper term sentences imposed on the robbery and assault counts violated *Blakely v. Washington*, 542 U.S. 296 (2004); and, (7) that there were cumulative errors at trial that violated petitioner's right to due process.

## III.

## PROCEDURAL DEFENSES

Petitioner exhausted his claims in state court. The petition is timely within the meaning of 28 U.S.C. § 2244.

## IV.

## LODGED DOCUMENTS

Respondent has lodged concurrently with this answer the following exhibits: (1) State Grand Jury Transcripts (3 volumes); (2) State Court Clerk's Transcript (3 volumes); (3) Motions in Limine (8 volumes); (4) State Court Reporter's Transcript (31 volumes); (5) Supplemental Clerk's

Transcript (1 volume); (6) Supplemental Reporter's Transcript (1 volume); (7) Probation Report; (8) Motion to Recall Sentence; (9) Opinion of California Court of Appeal; (10) Petition for Review filed in the California Supreme Court; (11) Order of California Supreme Court denying review; (12) Petition for Writ of Habeas Corpus filed in San Francisco County Superior Court; (13) docket sheet from petitioner's habeas corpus proceeding in California Court of Appeal; and, (14) docket sheet from petitioner's habeas corpus proceeding in California Supreme Court.  Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

Dated:  March 13, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

40227446.wpd
SF2007403156

Answer to Petition for Writ of Hab. Corpus                                                           Mooring v. Walker
                                                                                                     C 07-5013 SI (pr)