1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8   Email:  Michele.Swanson@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

| **DANIEL MOORING,** | C 07-5013 SI (pr) |
|---|---|
| Petitioner, | **NOTICE OF LODGING AND INDEX OF RECORDS PURSUANT TO LOCAL RULE 2254-6(b)(3)** |
| v. | |
| **J. WALKER, Warden,** | |
| Respondent. | |

   Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities:

| **EXHIBIT** | **TITLE** |
|---|---|
| 1A to 1C | State Grand Jury Transcripts |
| 2A to 2C | State Court Clerk's Transcript |
| 3A to 3H | Motions In Limine |
| 4A to 4EE | State Court Reporter's Transcript |
| 5 | Supplemental Clerk's Transcript |

Notice of Lodging and Index of Records                            Mooring v. Walker
                                                                  C 07-5013 SI (pr)

1

| **EXHIBIT** | **TITLE** |
|---|---|
| 6 | Supplemental Reporter's Transcript |
| 7 | Probation Report |
| 8 | Motion to Recall Sentence |
| 9 | Opinion of California Court of Appeal |
| 10 | Petition for Review filed in California Supreme Court |
| 11 | Order of California Supreme Court denying review |
| 12 | Petition for Writ of Habeas Corpus filed in San Francisco County Superior Court |
| 13 | Docket Sheet from California Court of Appeal |
| 14 | Docket Sheet from California Supreme Court |

Dated: March 13, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

40228060.wpd
SF2007403156