United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL MOORING,                                           No. C 07-5013 SI (pr)

        Petitioner,                                          **ORDER**

   v.

J. WALKER,

        Respondent.
                                     /

      Respondent has filed an ex parte application for a 60-day extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney Michele Swanson, the court GRANTS respondent's application. (Docket # 7.) Respondent must file and serve his response to the petition for writ of habeas corpus no later than **April 11, 2008**. Petitioner must file and serve his traverse no later than **May 23, 2008**

      Respondent also has filed an application to file a lengthy brief that would be of an unstated length, but longer than 25 pages. Upon due consideration, the court GRANTS the application. (Docket # 9.) Respondent may file a brief in support of his answer not to exceed 40 pages in length. Petitioner's traverse may not exceed 25 pages in length.

/ / /

/ / /

1   The court recently determined that <u>Collier v. Felker</u>, No. C 07-5964, was related to this
2   case. The effect of that determination is that both cases will now be assigned to and decided by
3   the undersigned. The court does <u>not</u> want joint briefs from petitioners or respondents. The cases
4   should be briefed as though they are wholly separate, unless and until the court orders otherwise.

5   IT IS SO ORDERED.

6   DATED: March 26, 2008

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California

2