```
1  DANIEL MOORING V32956
   PO BOX 29-0066
2  CSP-SACRAMENTO C-7-231
3  REPRESA CA 95671
```

FILED
08 APR 18 PM 1:25
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
WESTERN DIVISION

DANIEL MOORING
  PETITIONER,

  V.

J. WALKER,
  RESPONDENT,

No. C07-5013-SI (PR)

MOTION APPOINTMENT OF COUNSEL

## CASE HISTORY

PETITIONER (AN INDIGENT PRISONER INCARCERATED AT CALIFORNIA STATE PRISON SACRAMENTO. FILED HIS HABEAS CORPUS ON SEPTEMBER 27, 2007, PURSUANT TO 28 U.S.C SEC 2254.

SUBSEQUENTLY, RESPONDENT FILED THEIR ANSWER ON MARCH 24, 2008, PETITIONER IS IN THE PROCESS OF FILING HIS TRAVERSE. ON NOVEMBER 14, 2007 THE HONORABLE JUDGE SUSAN ILLSTON ISSUED A ORDER TO SHOW CAUSE. RESPONDENT HAS FILED NUMEROUS OF MOTION PRIOR TO FILING THEIR ANSWER, PETITIONERS HAS A DUE DATE TO FILE AND SERVE RESPONDENT A COPY OF PETITIONER'S TRAVERSE ON OR ..

///
\\
\
\
\

1  BEFORE MAY 23, 2008.
2     ARGUMENT FOR APPOINMENT OF COUNSEL.
3  PETITIONER FILE HIS WRIT OF HABEAS CORPUS WITH THE HELP AND
4  ASSISTANCE OF A "JAILHOUSE LAWYER"
5  FOR IF IT WAS NOT FOR SAID "JAILHOUSE LAWYER PETITIONER WOULD NOT BEEN
6  ABLE TO DO THE MANDATORY LEGAL RESEARCH AND PREPERATION PRIOR TO
7  ACTUALLY FILLING HIS WRIT OF HABEAS CORPUS. PETITIONER HAS NO FORMAL
8  TRAINING IN THE APPLICATION OF LAW OTHER THAN BEING NAMED AS A DEFENDANT
9  IN A CRIMINAL PROSECCTION. FURTHER MORE, PETITIONER IS WITHOUT FUNDS TO
10  HIRE AN ATTORREY.
11     SEVERAL MONTHS BACK the "JAIL HOUSE" LAWYER"
12  THAT WAS HELPING PETITIONER TRANSFERED TO A DIFFERENT PRISON.
13  UNFORTUNATELY, THERE IS ONLY (1) OTHER "JAILHOUSE LAWYER" THAT EXPRESSED AN
14  INTREST IN HELPING PETITIONER (INCIDENTLY HE IS THE ONE PREPARING THIS
15  INSTANT MOTION). BUT HE DOES NOT HAVE ENOUGH LEGAL KNOWLEDGE TO
16  BREAKDOWN AND SEPERATE THE APPLICABLE LAW DEALING WITH THE
17  COMPLEXITY OF PETITIONERS CLAIMS.
18     THE PRISON LAW LIBRARY HAS ONLY (1) LAW CLERK
19  WHO IS FLUENT IN THE LAW. HE DOES NOT HAVE THE TIME NOR INCLINATION
20  IN ASSISTING PETITIONER AT THIS JUNCTION.
21     PETITIONER LEGAL ISSUES AND CLAIMS ARE COMPLEX.
22  FOR THE LAYMAN AT LAW TO PROPERLY ARGUE APPLICABLE LAW AND ARTICULATE
23  AND DISTINGUISH INDIVIDUAL CLAIMS AND ISSUES. WOULD BE A TREMENDOUS
24  FEAT.
25     APPOINTED COUNSEL WOULD BETTER SUITED TO
26  CLARIFY THE COMPLEX LEGAL ISSUES AND CLAIMS IN PETITIONERS CASE.
27  MOST IMPORTANT AT THIS JUNCTION, THE BORDEN OF SHOWING CAUSE
28  AND PREJUDICE MUST NOT BE LOST FOR PETITIONER. IT IS OBVISUS THAT

1  COUNSEL WOULD BE BETTER QUALIFIED TO ARGUE CAUSE AND PREJUDICE
2  THEREFORE, PETITIONER MOORING PUTS FORTH IN ORDER TO PROPERLY
3  PRESENT, TO THIS HONORABLE COURT, THE COMPLEX LEGAL ISSUES AND
4  CLAIMS INVOLVED AND FULLY ARGUE THE FULL SPECTRUM OF PETITIONERS
5  CAUSE AND PREJUDICE DILEMMA.
6  CONGRESS HAD AUTHORIZED THE APPOINTMENT OF COUNSEL IN SECTION
7  2254 PROCEEDING TO REPRESENT INDIGENT PETITIONERS WHEN
8  THE INTEREST OF JUSTICE SO REQUIR. SEE U.S.C. 3006A(A)
9  (2)(B). See WEYGANDT VS LOOK 718 F.2d 954 (9th cir
10 1993)
11   FURTHERMORE, RESPONDENT HAS THE BENEFIT OF COUNSEL.
12 IT IS APPROPRIATE FOR THIS HONORABLE TO EXERCISE ITS RIGHT TO
13 APPOINT COUNSEL TO    REPRESENT PETITIONER FOR SAID
14 MATTER IN THIS COURT.
15   WHEREFORE, PETITIONER PRAYS THAT WITH GOOD CAUSE SHOWN
16 : THIS HONORABLE COURT APPOINT COUNSEL
17 DATED THIS 16 2008 DAY OF APRIL

RESPECTFULLY SUBMITTED

Daniel Mann
DANIEL MOORING
V32936

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, Daniel Mooring, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

CSP-Sacramento C-72831
PO Box 29-0066
Represa, CA 95671

On, April 16, 2008, I served the following documents:

APPOINTMENT OF COUNSEL

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. JUDGE ILLSTON
NORTHERN DISTRICT
COURT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

2. DEPT OF JUSTICE
OFFICE ATTORNEY
GENERAL
455 GOLDEN GATE AVE, SUITE 11000
SF, CA 94102

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 16 day of APRIL, 2008, at California State Prison - Sacramento, Represa, California.

(Signature) Daniel Mooring