David Mooring V32956
ESP-Sacramento C-7-231
PO Box 29-0066
Represa, CA 95671

Legal Mail

U.S. District Court
Office of the Clerk
Northern District of California
450 Golden Gate Ave
SF, CA 94102

Legal Mail