UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL MOORING,

    Petitioner,

  v.

J. WALKER,

    Respondent.

                              /

No. C 07-5013 SI (pr)

**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**

Petitioner has moved for appointment of counsel to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. See Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986), cert. denied, 481 U.S. 1023 (1987). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. See id. Based on the materials in the court file, it does not appear that appointment of counsel is required in this action to prevent a due process violation. The motion for appointment of counsel is denied. (Docket # 15.) The deadline for petitioner to file and serve his traverse is extended to **June 27, 2008** to permit him additional time in the event he was waiting for a ruling on his motion for appointment of counsel.

    IT IS SO ORDERED.

DATED: May 7, 2008

                                                    SUSAN ILLSTON
                                           United States District Judge