1  Daniel Mooling C.D.C.# V32936
2  CSP-Sacramento C-7-20C
   PO BOX 29-0066
3  Represa, CA 95671

4  In Pro-Se

   JUN 2 4 2008

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Daniel Mooling,

    Petitioner,

VS.

JAMES WALKER, (WARDEN).,

    Respondent.

Case No. C07-5013-SI (PR)

PETITIONER'S APPLICATION FOR AN ENLARGEMENT OF TIME

U.S. Magistrate Judge

Petitioner respectfully applies to this court for an Enlargement of time, to and including JULY 25, 2008, in which to file the Ordered Traverse the document is currently due on June 27, 2008.

Dated: June 18, 2008.

Respectfully Submitted By,

Daniel Mu——

Petitioner in Pro-Se

- 1 -

JUN 2 4 2008

## Declaration of Petitioner

I, Daniel Mooring, Do declare as follows:

1) That I am the Prisoner-Petitioner in the foregoing cause of action Proceeding in Pro-se;

2) That I have exercised due diligence in attempting to discover the legal basis of my claims, but due to said reason (see Attached Exhibit "A" motion of Appointment of counsel)

3) That I have tried to obtain assistance of inmates rumored to be familiar with the law all of those inmate want a fee of $1,500-$2,500 in order for their assistance.

4) Due to my indigence I am unable to pay, and trying to gain access to the law library is very difficult due to the prison segregation on certain ethnic groups. I fall under this segregation. My ability to provide myself with adequate legal research is hindered by the prison ethnic segregation.

5) By this I am only able to go to law library once a week for 2½ hours.

6) Both the law librarian and library clerk have informed me that they are unable to provide me with legal assistance because it is prohibited.

\\\
\\
\\
\\

## CONCLUSION

I ask that the honorable Judge grant this request for a 30 days extension so that I may hope to research the argument of the A.G.

## Verification

I, Daniel Mooring, do declare under penalty of perjury under the law of the state of California that the foregoing is true and correct.

June 18, 2008

x Daniel M[signature]
Daniel Mooring
V32956