Daniel Mooring C.D.C.# V32986
CSP Sacramento C-7-206
PO Box 29-0066
Represa, Ca 95010

JUN 2 4 2008

In Pro-Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Daniel Mooring,

    Petitioner,

VS.

JAMES WALKER, (WARDEN).,

    Respondent.

Case No. C07-5013-SI (pr)

PROPOSED ORDER

Having considered petitioner's application for enlargement of time, and good cause appearing, IT IS ORDERED that the application is GRANTED and that petitioner is granted to and including July 25, 2008 to file the ordered Traverse.

Presented by: Daniel Mooring
    Petitioner In Pro-Se

Dated: _____, 200__.

                        U.S. Magistrate Judge

- 1 -

# PROOF OF SERVICE

JUN 2 4 2008

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, Daniel Mooving, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

CSP-Sacramento C-7-206
PO Box 29-0066
Represa, CA 95671

On, June 19, 2008, I served the following documents:

Application for enlargement of time

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. Judge Illston
Northern District
Court of California
450 Golden Gate Ave
SF, CA 94102

2. Dept of Justice
Office Attorney General
455 Golden Gate Ave,
Suite 11000, SF, CA 94102

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 18 day of June, 2008, at California State Prison - Sacramento, Represa, California.

(Signature) Daniel Moo____