Daniel Mooring V32956
CSP-Sacramento C-7-206
P.O.Box 29-D066
Represa, ca 95671

Legal Mail

Judge Illston
Northern District
Court of California
450 Golden Gate Ave
SF, ca 94102

Legal Mail

JUN 2 4 2008

