UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MOORING, | No. C 07-5013 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| J. WALKER, | |
| Respondent. | |

Petitioner has filed an application for a 30-day extension of the deadline to file his traverse. Upon due consideration of the application and declaration submitted therewith, the application is GRANTED. (Docket # 17.) Petitioner must file and serve his traverse no later than **August 15, 2008**. Petitioner should not expect further extensions of this deadline because, by the time it arrives, he will have had almost five months to prepare his traverse.

IT IS SO ORDERED.

DATED: July 1, 2008

SUSAN ILLSTON
United States District Judge