UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. MOORING,<br><br>     Plaintiff,<br><br>v.<br><br>J. WALKER et al,<br><br>     Defendant.                              / | Case Number: CV07-05013 SI<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel M. Mooring V-32956
California State Prison Sacramento
P.O. Box 290066
Repressa, CA 95671

Dated: July 2, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk