Daniel M. Mooring V32956
CSP-SAC. FC7-206
PO Box 29-0066
REPRESA.CA 95671
 IN PRO-SE

FILED
JUL 7 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C07-5013 SI(PR)

PETITIONER'S NOTICE OF
CLARIFICATION OF FILING
AND MOTION TO AMEND

DANIEL M. MOORING
        PETITIONER,

Vs

WALKER (WARDEN)
        RESPONDENT,



JUL 7 2008
Richard W.
Clerk U.
Northern District of California

TO: THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT OF CALIFORNIA.

HERE ONOW COMES PETITIONER DANIEL MOORING, HERE BY GIVING 'NOTICE OF CLARIFICATION OF FILING AND MOTION TO AMEND' IN THE FOREGOING CAUSE OF ACTION.

PETITIONER PREVIOUSLY SUBMITTED A MOTION\APPLICATION FOR ENLARGEMENT OF TIME ON THE 19 DAY OF JUNE, 2008, BUT INADVERTLY PUT THE WRONG CDC NUMBER, AND DID NOT CHANGE THE RESPONSDENT 'S NAME. ON THE APPLICATION FOR ENLARGEMENT FOR TIME.

THE COURT SUBSEQUENTLY ASSIGNED THE NEW CASE NO.

(1)

1   CO8-2876 S/CPA #6 THE ENLARGEMENT OF TIME MOTION

2   I SUBMITTED, AND GAVE ME NOTICE OF THE COURTS ORDER

3   OF DIMISSAL WITH LEAVE TO AMEND FILED JUNE 23,2008.

4

5   PETITIONER WOULD LIKE TO STATE HE  APOLOGIZE FOR THE CONFUSION

6   HE MAY HAVE CAUSE THIS COURT IN HIS ATTEMPT TO ASK THE COURT

7   FOR AN EXTENSION OF TIME JULY 25,2008. HIS EARLIER PETITIONER CASE

8   NO CO7-5013 S/CPA IS THE PETITION HE WOULD LIKE THIS COURT

9   ONLY TO CONSIDER.

10      PETITIONER RESPECTFULLY REQUEST THAT THE COURT:

11  (1) ISSUE ITS ORDER DISMISSING THE ACTION UNDER CASE NO. CO8-2876

12  S/CPA ENTITLED MOORING V SUPERIOR COURT OF CALIFORNIA ET. AL;

13  (2) ISSUE ITS ORDER THE ENLARGEMENT OF TIME, FILED BY PETITIONER

14  ON OR ABOUT JUNE 19,2008, BE ORDER FILED UNDER CASE NO. CO7-

15  5013 S/CPA ENTITLED MOORING V WALKER;

16  (3) ISSUE WHATEVER DEEM AS FIT AND JUST AND KNOW THAT

17  CASE NO. CO8-2876 S/CPA WAS NOT A SECOND PETITION WITH NEW

18  CLAIMS;

19  (4) ISSUE A ORDER GRANTING PETITIONER'S APPLICATION FOR AN ENLARG

    EMENT OF TIMEUP AND UNFUL JULY 25,2008

20

21  DATED: JUNE 29,2008

22                              Daniel Mooring
                                DANIEL MOORING
                                V32956

23  \\\

24  \\\

25  \\

26

27

28

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, _Daniel MOORING_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_CSP-SAC C-7-106_
_PO Box 29-006C_
_REPRESA CA 95671_

On, _June 29, 2008_, I served the following documents:

_① NOTICE OF CLARIGCATION OF FILING, AND_
_② MOTION TO AMEND_

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:       DEPT OF JUSTICE

1. _JUDGE ILLSTON_
_US DISTRICT COURT_
_NORTHERN DISTRICT OF CALI_
_FORNIA 450 GOLDEN GATE_
_AVE, SF, CA 94102_

2. _OFFICE OF ATTORNEY_
_GENERAL 455 GOLDEN_
_GATE AVE SUITE 11000_
_SF, CA 94102-3664_

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _29_ day of _JUNE_, _2008_, at California State Prison - Sacramento, Represa, California.

(Signature) _Daniel Mooring_