Daniel Mooring V32956
CSP-Sac C7-205
PO Box 70-0006
Represa, Ca 95671

Legal Mail

Judge Illston
US District Court
Northern District of
California
450 Golden Gate Ave
SF, Ca 94102

Legal Mail

RECEIVED
JUL 7 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

