Daniel [illegible]
CSP-SAC
P O Box 29-0066
Represa, CA 95671

Legal Mail

Office of the Clerk
US District Court
Northern District of California
450 Golden Gate Ave
SF, CA 94102

Legal Mail

RECEIVED
SI



8/12/08