Daniel Mooring V22956 6-120 6
CSP-SAC
PoBox 290066
Represa, CA 95671

9/2

SI

To whom It may concern,

I received ~~this~~ (enclosed piece of paper) on 8/28. I would ask that this court not give any merit to any documents that do not have case no. C07-5013 SI(PR). Furthermore I would like to state that I Daniel Mooring have not authorize the filing of any documents filed with case no. CV08-2976 SI(PR). Please only recognize case no. C07-5013 SI(PR). I have no knowledge of this document being filed or what it contains. Please disregards any documents with case no. CV08-2976 SI(PR). If this court can send me a copy of said document it would be highly appreciated.

Thank You
Daniel M

United States District Court
For The Northern District Of California

RECEIVED
2008 JUL -2 P 4: 20
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

RECEIVED
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Daniel Mooring,
 Petitioner,

v.

California State Prison, Sacramento,
et., al.,
 Respondents.

Writ No.
CV08-2876 SI (PR)
Informational Motion

New Information

The petitioner's, Correct, Mailing-Address, is:

Daniel Mooring
CDC #: V-32956
California State Prison Sacramento
P.O. Box 290066
Represa, CA. 95671

Dated: June 26, 2008

X _____
Daniel Mooring
Petitioner, In Proper
CDC #: V-32596

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, Daniel Mooring, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

CSP-Sacramento
C-5-130
PO Box 29-0066
Represa, CA 95671

On, 9/2/08, I served the following documents:

Letter to Disregard Disregard

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

Office of the Clerk
U.S. District Court, Northern District of California,
450 Golden Gate Ave
SF, CA 94102

2. 

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 2 day of SEPTEMBER, 2008, at California State Prison - Sacramento, Represa, California.

(Signature) Daniel Mo